**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01812-REB-CBS

TR AURORA CORPORATE PLAZA CORP., a Delaware corporation,

    Plaintiff,

v.

ARSENAULT HOLDINGS, LLC, a Colorado limited liability company,
COLORADO & SANTA FE REAL ESTATE COMPANY, a Colorado corporation,
SUPERIOR INVESTMENTS X, INC., a Colorado corporation,
NEWTON DRUGSTORE, LLC, a Colorado limited liability company,
ARSENAULT-MELBOURNE, LLC, a Colorado limited liability company,
RES-0417, LLC, a Colorado limited liability company,
C.C. INVESTMENTS, INC., a Colorado corporation,
WESTMINSTER PLAZA LIMITED LIABILITY COMPANY, a Colorado limited liability company,
MISSISSIPPI OFFICE LIMITED LIABILITY COMPANY, a Colorado limited liability company, and
CANYON VIEW APARTMENTS, LLC, a Colorado limited liability company,

    Defendants.

---

## MINUTE ORDER[1]

---

    The Unopposed Motion for Extension of Time to File Stipulation of Dismissal With Prejudice [#40], filed April 7, 2006, is GRANTED. The parties shall have until **April 14, 2006**, in which to file their dismissal documents.

Dated: April 10, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.