# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 05-cv-01812-REB-CBS

TR AURORA CORPORATE PLAZA CORP., a Delaware corporation,

    Plaintiff,

v.

ARSENAULT HOLDINGS, LLC, a Colorado limited liability company,
COLORADO & SANTA FE REAL ESTATE COMPANY, a Colorado corporation,
SUPERIOR INVESTMENTS X, INC., a Colorado corporation,
NEWTON DRUGSTORE, LLC, a Colorado limited liability company,
ARSENAULT-MELBOURNE, LLC, a Colorado limited liability company,
RES-0417, LLC, a Colorado limited liability company,
C.C. INVESTMENTS, INC., a Colorado corporation,
WESTMINSTER PLAZA LIMITED LIABILITY COMPANY, a Colorado limited liability company,
MISSISSIPPI OFFICE LIMITED LIABILITY COMPANY, a Colorado limited liability company, and
CANYON VIEW APARTMENTS, LLC, a Colorado limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On April 14, 2006, the parties filed a **Joint Stipulated Motion for Dismissal With Prejudice** [#44].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion for Dismissal With Prejudice** [#44] filed on April 14, 2006, **IS GRANTED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for November 3, 2006, is **VACATED**; and

4.  That the trial to the court set to commence November 6, 2006, is **VACATED**.

Dated April 14, 2006, at Denver, Colorado.

**BY THE COURT:**

<u>s/ Robert E. Blackburn</u>
**Robert E. Blackburn**
**United States District Judge**